■ FRANK ANNARINO, Respondent, v LEE RILEY et al.,

Appellants.—Order unanimously affirmed with costs *(see, Larson v Herald,* 96 AD2d 1137). (Appeal from order of Supreme Court, Erie County, Fudeman, J.—partial summary judgment.) Present—Denman, J. P., Green, Balio, Lawton and Davis, JJ.